■ The People of the State of New York, Respondent, v Philip M. Farren, Appellant. (Appeal No. 1.) [893 NYS2d 922]— Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 28, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.

■ The People of the State of New York, Respondent, v Philip M. Farren, Appellant. (Appeal No. 2.) [893 NYS2d 792]— Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 28, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.

■ The People of the State of New York, Respondent, v Nicole K. Maxfield, Appellant. [894 NYS2d 781]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 3, 2008. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.